UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                         :     NOTICE OF INTENT TO
                                             FILE AN INFORMATION
SAM NING SON CHIANG,               :

             Defendant.    :

- - - - - - - - - - - - - - - - - x



        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 12, 2007

                                      MICHAEL J. GARCIA
                                      United States Attorney

                     By: _____
                        Joshua Klein
                        Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                    By: _____
                        Lawrence Feitell, Esq.
                        Attorney for SAM NING SON CHIANG