

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2007

BY FACSIMILE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-07
```

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  United States v. Sam Ning Son Chiang,
            07 Cr. 673 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter to inform the Court that the above-named defendant waived indictment and entered a plea of guilty today before The Honorable Michael H. Dolinger in Magistrate Court. Accordingly, the Government contacted Your Honor's Chambers earlier today and obtained a sentencing date of October 26, 2007, at 10:30 a.m.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                By: _____
                      Joshua Klein
                      Assistant United States Attorney
                      Tel.: (212) 637-2397

cc: Lawrence Feitell, Esq.

---

Request GRANTED. The sentencing of defendant Sam Ning Son Chiang herein is scheduled for 10-26-07 at 10:30 a.m.

SO ORDERED.

7-25-07
DATE                 VICTOR MARRERO, U.S.D.J.