<u>Request for Adjournment</u>

TO:      <u>Honorable Victor Marrero</u>          Offense: Conspiracy to Commit Marriage Fraud
         U. S. District Judge                 (18 USC 371)

From:    Sandra Campbell                      Original Sentence Date: October 26, 2007
         U.S. Probation Officer
                                              Required Submission to Counsel Date:(35 Days)
Re:      Chiang, Sam Ning Son                  September 21, 2007
         Dkt. # 07 CR 673-01(VM)

Date:    September 21, 2007
                                              Defense Counsel: Lawrence K. Feitel, Esq.
AUSA:    Josh Klein
*************************************************************************************

This adjournment is requested for the following reason:

The defendant underwent prostate surgery in August 2007 and we were unable to schedule the
presentence interview in a timely fashion. As such, the undersigned officer respectfully requests
additional time to complete and disclose the presentence report in accordance with Rule 32. We
contacted your law clerk, Elliott Greenfield, and he suggested a new sentence date of November 30,
2007, at 11:00 a.m.. Defense counsel and the government do not object to this request.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be
notified by copy of this form.

                                              Respectfully submitted,

                                              Chris J. Stanton
                                              Chief U.S. Probation Officer

                                     By:      _Sandra Campbell_

                                              Sandra Campbell
                                              U.S. Probation Officer
                                              212-805-5052

Approved By:

_Thomas E. Mixon_
Thomas E. Mixon
Supervising U.S. Probation Officer

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9-24-07

1.    AN ADJOURNMENT IS GRANTED: _____X_____

     IF APPROVED, NEW DATE OF SENTENCE _11-30-07_ TIME & ROOM _11:00 a.m._

2.    REQUEST IS DENIED _____

_2 September 2007_
DATE

     Honorable Victor Marrero
     U.S. District Judge

cc:    Josh Klein, AUSA
     josh.klein@usdoj.gov

     Lawrence K. Feitel, Esq.
     225 Broadway, Suite 2020
     New York, NY 10007
     lkfjurist@earthlink.net

NY 468